CLIVE W. BAILEY, Respondent, v. THOMAS BUSH et al., Appellants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.